**UNITED STATES of America,
Plaintiff–Appellee,**

**v.**

**Seneca Rayvon ALLEN, Defendant–
Appellant.**

**No. 12–7994.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 26, 2013.

Decided: March 1, 2013.

Seneca Rayvon Allen, Appellant Pro Se. Clifton Thomas Barrett, Angela Hewlett Miller, Assistant United States Attorneys, Ripley Eagles Rand, Office of the United States Attorney, Greensboro, North Carolina, for Appellee.

Before MOTZ, WYNN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Seneca Rayvon Allen appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Allen,* No. 1:02–cr–00098–JAB–5 (M.D.N.C. Oct. 31, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*